UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Devin T. Schmidt                                Docket No. 5:14-MJ-2343-1

Petition for Action on Probation

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Devin T. Schmidt, who, upon an earlier plea of guilty to Possession of Marijuana, in violation of 21 U.S.C. § 844(a), was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on August 5, 2015, to a 12-month term of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has disclosed to the probation officer an extensive history of mental health issues (Bipolar Disorder, PTSD, Anxiety, Paranoid Schizophrenia, and Depression) which are currently untreated due to a lack of insurance/financial ability to pay for services needed. In an effort to address these issues, it is respectfully recommended that his conditions of probation be modified to include mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Debbie W. Starling
Debbie W. Starling
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2536
Executed On: August 17, 2015

**ORDER OF THE COURT**

Considered and ordered on August 18, 2015. It is further ordered that this document shall be filed and made a part of the records in the above case.

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge